IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 09-cv-00016-PAB-CBS

WYTHE S. CROWE,

    Plaintiff,

v.

TYCO INTERNATIONAL, LTD. and
ADT SECURITY SERVICES, INC.,

    Defendants.
_____

### ORDER OF DISMISSAL WITHOUT PREJUDICE
_____

THIS MATTER comes before the Court upon plaintiff's Motion to Dismiss Tyco International, Ltd. [Docket No. 9]. The Court has reviewed the pleading and is fully advised in the premises. It is

**ORDERED** that the motion to dismiss [Docket No. 9] is granted. It is further

**ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), all claims asserted against defendant Tyco International, Ltd. are dismissed without prejudice, with each party to bear its own attorneys' fees and costs.

DATED March 13, 2009.

                                                BY THE COURT:

                                                s/Philip A. Brimmer
                                                PHILIP A. BRIMMER
                                                United States District Judge